UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN ROBINSON,<br><br>                      Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | 14 Cr. 130<br>18 Civ. 10238<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Robinson's letter inquiring into the status of his petition. The Court denied the petition in an order dated June 19, 2019 (dkt. no. 271 in 14-cr-130). Apparently that order was never forwarded to Mr. Robinson.

    The Clerk of the Court shall mail to Mr. Robinson a copy of the Court's order dated June 19, 2019 (dkt. no. 271 in 14-cr-130).

    **SO ORDERED.**

Dated:    New York, New York
           December 23, 2020

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge